AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

REYLANDO RISE, AKA REYLANDO RISE,
AKA RAYNALDO RISE, AKA RAY RISE,
AKA RAYLANDO RISE (DOB: -/-/1969)
150 Harvard Street, Apt #3, Dorchester, MA
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ05-M-233 JLA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 27, 2005 in Suffolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

possess, in and affecting commerce, ammunition after having been previously convicted in a court of, a crime punishable by imprisonment for a term exceeding one year,

in violation of Title 18 United States Code, Section(s) 922(g)(1)

I further state that I am a(n) ATF Special Agent and that this complaint is based on the following
Official Title

facts:

See Affidavit of Special Agent Lisa A. Rudnicki

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Lisa A Rudnicki
Signature of Complainant

Sworn to before me and subscribed in my presence,

4/25/05 at Boston, MA
Date                                                              City and State

JOYCE LONDON ALEXANDER, USMJ
Name & Title of Judicial Officer                         Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.