UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>REYLANDO REYES,   )<br>a/k/a REYLANDO RISE,   )<br>a/k/a RAYNALDO RISE,   )<br>a/k/a RAYLANDO RISE,   )<br>a/k/a RAY RISE,   )<br>)<br>Defendant.   ) | MAGISTRATE NO. M05-m-233 JLA |

### MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the Criminal Complaint, Affidavit and Arrest Warrant, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize this criminal investigation and safety of witnesses.

Respectfully submitted,

*[signature]*
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney

Date: April 25, 2005

4/25/05 *[signature]*, m.j. Allowed

