UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>           )<br>   v.      )<br>           )<br>REYLANDO REYES,    )<br>a/k/a REYLANDO RISE,   )<br>a/k/a RAYNALDO RISE,   )<br>a/k/a RAYLANDO RISE,   )<br>a/k/a RAY RISE,    )<br>           )<br>   Defendant.   ) | **05 CR 10113 DPW**<br>CRIMINAL NO.:<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1) -<br>Felon in Possession of<br>Ammunition |

INDICTMENT

COUNT ONE:  (Title 18, United States Code, Section 922(g)(1) -
       Felon in Possession of Ammunition)

   The Grand Jury charges that:

   On or about February 27, 2005, at Dorchester, in the District of Massachusetts,

**REYLANDO REYES,
a/k/a REYLANDO RISE,
a/k/a RAYNALDO RISE,
a/k/a RAYLANDO RISE,
a/k/a RAY RISE,**

defendant herein, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, namely, one round of .9mm caliber ammunition, bearing the headstamp of "WIN 9mm Luger," in and affecting commerce.

   All in violation of Title 18, United States Code, Sections 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                April 27, 2005 @ 12:11 PM

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

%JS 45  (5/97) - (Revised USAO MA 1/15/04)

05 CR 10113 DPW

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** _____ | **Category No.** __II__ | **Investigating Agency** __ATF__ |
| **City** Dorchester | **Related Case Information:** | |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant __X__ New Defendant _____ | |
| | Magistrate Judge Case Number __05-M-233-JLA__ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name __REYLANDO REYES__     Juvenile ☐ Yes ☒ No

Alias Name __REYLANDO RISE, RAYNALDO RISE, RAYLANDO RISE, RAY RISE__

Address __150 Harvard Street, Apt. # 3, Dorchester, MA 02124__

Birth date (Year only): __1969__ SSN (last 4 #): __7773__ Sex __M__ Race: __B__ Nationality: __U.S.A.__

**Defense Counsel if known:**   William White, Esq.    Address: One Faneuil Hall Marketplace, 3rd Fl.,
                                                                        South Market Bldg., Boston, MA 02109

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Antoinette E.M. Leoney__     **Bar Number if applicable** __545567__

**Interpreter:** ☐ Yes ☒ No     **List language and/or dialect:** __N/A__

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date: __April 26, 2005__

☒ Already in Federal Custody as of __April 26, 2005__ in __Plymouth County H.C.__

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 27, 2005     **Signature of AUSA:** _Antoinette E.M. Leoney_

05 CR 10113 DPW

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    REYLANDO REYES, REYLANDO RISE, RAYNALDO RISE, RAYLANDO RISE, RAY RISE

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §922(g)(1) | Felon in Possession of Ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____