UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                          CRIMINAL DOCKET
                                                            NO. **05-CR-10113  DPW**

REYLANDO REYES,
a/k/a REYLANDO RISE,
a/k/a RAYNALDO RISE,
a/k/a RAYNALDO RISE,
a/k/a  RAY RISE,
            Defendant.

MOTION TO WITHDRAW FROM
REPRESENTING DEFENDANT REYLANDO REYES

Now comes the undersigned and moves to withdraw from representing the defendant in the above-captioned matter.

As reason therefor the undersigned states that irreconcilable and irreparable differences have arisen between the defendant and counsel.

In the event that this motion is allowed, the defendant requests that the Court promptly appoint counsel to represent him.

                                Respectfully submitted,

                                /S/ William M. White, Jr.
                                William M. White, Jr.
                                BBO#:  546283
                                Davis, Robinson & White
                                1 Faneuil Hall Marketplace, 3rd Floor
                                Boston, MA   02109
                                (617) 723-7339