UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Reylando Rise

CRIMINAL NO. CR05-10113 DPW

### NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, _Reylando Reyes_

[X]  states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

[ ]  waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B). Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.

If no election is made, automatic discovery will be conducted pursuant to the Local Rules.*

4/5/05
Date

_____
Attorney for the Defendant

*PARTIES SHALL MEET PRIOR TO THE INITIAL STATUS CONFERENCE IN ORDER TO RESPOND TO THE INQUIRIES OF THE INITIAL STATUS CONFERENCE QUESTIONAIRE.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              CRIMINAL DOCKET
                                                NO. **05-CR-10113 DPW**

REYLANDO REYES,
a/k/a REYLANDO RISE,
a/k/a RAYNALDO RISE,
a/k/a RAYNALDO RISE,
a/k/a RAY RISE,
            Defendant.

## MOTION TO WITHDRAW FROM REPRESENTING DEFENDANT REYLANDO REYES

Now comes the undersigned and moves to withdraw from representing the defendant in the above-captioned matter.

As reason therefor the undersigned states that irreconcilable and irreparable differences have arisen between the defendant and counsel.

In the event that this motion is allowed, the defendant requests that the Court promptly appoint counsel to represent him.

Respectfully submitted,

William M. White, Jr.
BBO#: 546283
Davis, Robinson & White
1 Faneuil Hall Marketplace, 3rd Floor
Boston, MA 02109
(617) 723-7339

5/5/05 [signature], m.j. allowed