UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
          v.                    )    CRIMINAL NO.  05-10113-DPW
                                )
REYLANDO REYES,                 )
a/k/a REYLANDO RISE,            )
a/k/a RAYNALDO RISE,            )
a/k/a RAYLANDO RISE,            )
a/k/a RAY RISE,                 )
                                )
          Defendant.            )


GOVERNMENT'S MOTION TO SCHEDULE INITIAL STATUS CONFERENCE

   The government respectfully moves for the Court to convene and schedule an Initial Status Conference pursuant to L.R. 116.5(A).  As grounds therefor, the government states that a criminal complaint and arrest warrant were issued against the defendant on April 25, 2005.  On April 26, 2005, the defendant was arrested and had an initial appearance, and the government moved for detention.  On April 27, 2005, an indictment was returned by the grand jury.  On May 5, 2005, the defendant was arraigned and new counsel was appointed.  On May 17, 2005, a detention hearing was held and the Court took the matter under advisement, which at this writing is still pending.  To date, the Court has not issued any pretrial trial notices or scheduled a date for the initial status conference under L.R. 116.5(A).

   WHEREFORE, the government respectfully requests that the

Court convene and schedule an Initial Status Conference under L.R. 116.5(A).

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:

       /s/Antoinette E.M. Leoney
       ANTOINETTE E.M. LEONEY
       Assistant U.S. Attorney
Date: June 29, 2005       (617) 748-3103

CERTIFICATE OF SERVICE

Suffolk, ss.       Boston, Massachusetts
       June 29, 2005

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by regular mail, to Elliot Weinstein, Esq., 228 Lewis Wharf, Boston, MA 02110.

       /s/Antoinette E.M. Leoney
       ANTOINETTE E.M. LEONEY