✑AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

REYLANDO REYES

**EXHIBIT AND WITNESS LIST**

Case Number:  CR05-10113 DPW

| PRESIDING JUDGE<br>ALEXANDER | PLAINTIFF'S ATTORNEY<br>ANTOINETTE LEONEY | DEFENDANT'S ATTORNEY<br>ELLIOT WEINSTEIN |
|---|---|---|
| TRIAL DATE (S)<br>5/17/05 | COURT REPORTER<br>DIGITAL RECORDING | COURTROOM DEPUTY<br>REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 5/17/05 | | | LISA RUDNICKI, S/A ATF |
| | 1 | 5/17/05 | X | X | AFFIDAVIT OF LISA RUDNICKI, S/A ATF |
| | 2 | 5/17/05 | X | X | 2/27/05 BOSTON POLICE INCIDENT REPORT |
| | 3 | 5/17/05 | X | X | 2/28/05 BOSTON POLICE INCIDENT REPORT |
| | 4 | 5/17/05 | X | X | 3/14/05 BOSTON POLICE MEMO FROM COGAVIN TO MURRAY |
| | 5A | 5/17/05 | X | X | MASS. UNIFORM CITATION M0168092 AND M0168093 |
| | 5B | 5/17/05 | X | X | CRIMINAL HISTORY REPORT (CORI RECORD) |
| | 6 | 5/17/05 | X | X | 4 BOSTON MUNICIPAL CRIMINAL COURT DOCKETS (901342-901345) |
| | 7 | 5/17/05 | X | X | DORCHESTER DOCKET CLOSED12/13/94 |
| | 8 | 5/17/05 | X | X | 5 SUFFOLK SUPERIOR COURT DOCKETS: 090649; 090650; 093082; 093081; 093080 |
| | 9 | 5/17/05 | X | X | SUFFOLK SUPERIOR CASE SUMMARY SUCR1995-11673 AND SUCR1996-10152 |
| | 10 | 5/17/05 | X | X | 5/9/05 D.O.J. REPORT OF INVESTIGATION |
| | 11 | 5/17/05 | X | X | 3/23/05 CIVIL RESTRAINING ORDER |
| | 12 | 5/17/05 | X | X | 5/12/05 D.O.J. REPORT OF INVESTIGATION |
| | 13 | 5/17/05 | X | X | 5/16/05 D.O.J. REPORT OF INVESTIGATION |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages