UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CR. NO. 05-10113-DPW

REYLANDO RISE

DEFENDANT'S MOTION TO RESCHEDULE INITIAL STATUS CONFERENCE

Defendant Reylando Rise, by his attorney, moves that this Court reschedule the initial status conference set this date for July 12, 2005 to July 20 or July 21, 2005 (or some other date mutually convenient for all parties) for the reason that defense counsel will be out of state July 12 through July 19, 2005.

REYLANDO RISE
By his attorney,


/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
July 5, 2005                                 617-367-9334