UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA  )
                          )
        V.                )   CRIMINAL NO.  05-10113-DPW
                          )
REYLANDO REYES            )
```

**JOINT MOTION TO EXCLUDE TIME**

The parties hereby jointly move to exclude from the time within which this case must be tried the entire period from May 5, 2005 (the date of arraignment) to September 13, 2005 (the next status conference date).  As grounds therefor, the parties state that they agreed in their earlier status memorandum to exclude such time, and that the continuance of the initial status conference to September 13, 2005 was based on the legitimate needs of defense counsel to attend to important family matters.

Respectfully submitted,

```
REYLANDO REYES                        MICHAEL J. SULLIVAN
                                      United States Attorney

By: /s/ Elliot Weinstein/TQF     By:  /s/ Timothy Q. Feeley
ELLIOT WEINSTEIN, ESQ.                TIMOTHY Q. FEELEY
Attorney for Defendant                Assistant U.S. Attorney
(617) 748-3103                        (617) 748-3172
```

July 20, 2005