RECEIVED
Judge Alexander's Chambers
JUL 28 2005

July 7th, 05

Hon. Judge Alexander,

Since I was last in your courtroom, I don't feel I was allotted a proportional amount of time as AUSA (Moovey) had, to rebut some of the issues presented. I do understand that due to the late hour of the day when the hearing took place. That some time constraints were imposed. Hopefully, I can convey some of which was missed on my behalf in this letter.

I want to take this time to address some of the most ridiculous claims made about me. First, I would like to state, that I was for the last nine years a hard working, devoted father of two honor roll recipient students, and was attending Roxbury Community College myself. In addition two working (able) as a graphic artist. Due to this situation, my child support payments are in arrears for the first time – ever! And our family unit is in disarray (i.e. loss of apartment, children on state aid).

At the detention hearing the court expressed some apprehension, based on the possibility, I might be re-arrested. My record bears out the fact, if I stay out of the drivers seat, my chances of getting arrested are almost nil. Speaking of my record which lists (91) arrests. Nearly 60 percent of (50) arrests are either dismissed or not guilty. More

RECEIVED
Judge Alexander's Chambers
JUL 20 2005

Than 1/3 or (32) counts are duplicates of dismissed charges (cases indicted or bound to other courts), and 5 8 (8) counts were filed. Which would leave about (14) convictions to contend with. Of those (14) cases (10) are over ten years old. And 3 out of 4 within the ten years are for operating after suspension. I say all of that to say this, All of the entries on my record, seem like an eternity ago. Committed by someone else living a completely different life. A person with no cares or responsibilities.' Who changed long ago. (Mind-set and Sp. t)

Since my release from state prison (96-97), I have made a conscientious effort to stay out of jail and avoid trouble while trying to be the best parent possible, by providing stability, and a positive role model, as well as friend, (and don't disciplinarian. In the hopes that the cycle would be broken, and my children would lead productive lives. This time away from each other is hard on them also.

Lastly, my present charge is not a crime of violence, for which I am facing ten years or more. I'm not a threat nor should my ancient convictions be a major factor in your decision. Thank you for your time in this important matter.

Respectfully Submitted

Kaylando Rose

Kaylando Rose

July 7th, 05