UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                CR. NO. 05-10113-DPW

REYLANDO RISE

DEFENDANT'S MOTION FOR APPOINTMENT OF SUBSTITUTE COUNSEL

Defendant Reylando Rise, by his attorney, moves that this Court appoint substitute counsel for the reason that Defendant, having been informed that undersigned counsel must devote a substantial portion of his time in the coming weeks to the care of his son, requests an attorney who is not otherwise burdened and can devote full attention to his defense.

                                                REYLANDO RISE
                                                By his attorney,


                                                 /s/ Elliot M. Weinstein
                                                Elliot M. Weinstein
                                                BBO #520400
                                                228 Lewis Wharf
                                                Boston, MA 02110
                                                617-367-9334

September 29, 2005