**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

V.                                             CRIMINAL

                                                        CASE NO. 05-10113-1-DPW

REYLANDO RISE
         Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of   October 18, 2005   to represent said defendant in this cause until further order of the Court.

                                                        SARAH A. THORNTON
                                                        CLERK OF COURT

                                 By:     /s/ Helen M. Costello
                                                        Deputy Clerk

DATE:  October 18, 2005

(05-10113-Reyes-FPD Appointment.wpd - 3/7/2005)