UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>REYLANDO REYES, )<br>a/k/a REYLANDO RISE, )<br>a/k/a REYNALDO RISE, )<br>a/k/a RAYNALDO RISE, )<br>a/k/a RAY RISE, )<br>a/k/a RAYLANDO RISE ) | CRIMINAL NO. 05-10113-DPW |

## NOTICE OF APPEARANCE

Assistant Federal Defender Stylianus Sinnis hereby files his appearance on behalf of Defendant, Reylando Reyes.

REYLANDO REYES<br>
By his attorney,<br><br>
/S/ Stylianus Sinnis<br>
Stylianus Sinnis<br>
  B.B.O. # 560148<br>
Federal Defender Office<br>
408 Atlantic Avenue, 3rd Floor<br>
Boston, MA  02110<br>
Tel: 617-223-8061

October 19, 2005