UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-10113-DPW |
| v. ) | |
| ) | |
| REYLANDO REYES, ) | |
| a/k/a REYLANDO RISE, ) | |
| a/k/a RAYNALDO RISE, ) | |
| a/k/a RAYLANDO RISE, ) | |
| a/k/a RAY RISE, ) | |
| ) | |
| Defendant. ) | |

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On **February 8, 2006**, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are/are not features of case that deserve special attention or modification of the standard schedule.

   **There are no features of this case that deserve special attention or modification of the standard schedule.**

2. Discovery is/is not complete and there are/are no pending motions. If there are pending motions, then the pending motions include

   **Discovery is complete and there are no pending motions.**

3. Supplemental discovery anticipated

   Counsel for defendant is seeking one additional piece of discovery, which the parties believe they will be able to resolve without the Court's involvement. Additionally, the parties seek discovery concerning any expert witnesses, pursuant to Fed. R. Crim. P. 16(a)(1)(G). The government has agreed to provide the defendant with discovery concerning any expert witnesses forty-five (45) days before trial, and the defendant has agreed to provide the government with any reciprocal discovery concerning expert witnesses within forty-five (45) days of trial as required under Fed. R. Crim. P. 16(b)(1)(C).

4. (a) Total amount of time ordered excluded under the Speedy Trial Act

   **As of 4/17/06, 342 days will have been ordered excluded under the Speedy Trial Act.**

(b) Amount of time remaining under the Speedy Trial Act before trial must commence

**As of 4/17/06, 67 days will be remaining under the Speedy Trial Act before trial must commence, if no suppression motion or opposition to a suppression motion has been filed.**

(c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act

**Counsel for defendant is seeking additional time to file dispositive motion(s) in this case, and requests that the Court schedule a date for the filing of any motion(s).**

5. (a) The defendant does/does not intend to raise a defense of insanity.

**The defendant does not intend to raise a defense of insanity.**

(b) The defendant does/does not intend to raise a defense of public authority.

**The defendant does not intend to raise a defense of public authority.**

6. The Government has/has not requested notice of alibi by the defendant.

**The Government has requested notice of alibi by the defendant.**

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial

**Counsel for defendant is seeking additional time to file a motion to suppress requiring a ruling by the District Court.**

(b) Briefing schedule established

**None has yet been established.**

8. Need for schedule concerning any matter in the case other than trial

**Suppression Motion hearing will need to be scheduled by the District Court.**

9. Possibility of early resolution of case without trial

2

At this writing, the parties do not anticipate an early resolution of this case without trial.

10. Trial  is / is not  necessary.  Estimated duration of trial

   Trial is anticipated.  The parties estimate that 3 - 5 trial days will be necessary in this case.

11. Other matters

   None.

   IT IS HEREBY ORDERED THAT

Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.

By the Court,

Date 2/8/06

_____
Deputy Clerk