```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
                         )   CRIMINAL NO. 05-10113-DPW
     v.                  )
                         )
REYLANDO REYES,          )
a/k/a REYLANDO RISE,     )
a/k/a RAYNALDO RISE,     )
a/k/a RAYLANDO RISE,     )
a/k/a RAY RISE,          )
                         )
         Defendant.      )

### JOINT PRETRIAL INITIAL STATUS REPORT UNDER LOCAL RULE 117.1

Pursuant to Local Rule 117.1, the parties hereby submit this Joint Pretrial Status Report to advise the Court of the following:

1. The defendant recently retained new defense counsel. The undersigned defense counsel, has requested and obtained additional time from U.S. Magistrate Judge Joyce London Alexander for the filing of any motion to suppress evidence. Said motion is due by 3/17/06; and the government's response is currently due by 4/14/06. Additionally, defense counsel is still seeking to obtain certain Registry of Motor Vehicles records pertaining to the motor vehicle stop of the defendant on the day of his arrest.

2. Defendant intends to seek a hearing on any motion to suppress evidence, and the parties requests that a hearing date be scheduled for early May, 2006.

3. At this writing, the parties do not anticipate an early resolution of this case without trial. Trial is anticipated. The parties estimate that 3 - 5 trial days will be necessary in this case, and propose that a trial date be scheduled for sometime in August 2006, with the appropriate orders of excludable delay entered by the Court.

4. The defendant does not need an interpreter.

5. The defendant was ordered detained pending trial by Magistrate Judge Joyce London Alexander, and is presently in federal custody.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN | REYLANDO REYES, |
| United States Attorney | a/k/a REYLANDO RISE |
| | Defendant |

By: /s/Antoinette E.M. Leoney     /s/Stylianus Sinnis/AEL
ANTOINETTE E.M. LEONEY            STYLIANUS SINNIS, Esq.
Assistant U.S. Attorney           Federal Defender Office
1 Courthouse Way, Suite 9200      408 Atlantic Ave., 3rd Floor
Boston, MA 02210                  Boston, MA 02210
(617) 748-3103                    (617) 223-8061


Dated:   March 6, 2006