UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                              CRIMINAL NO.
                                                    05-10113-DPW

REYLANDO REYES
        Defendant

**TRIAL ORDER, PRETRIAL CONFERENCE AND ORDER OF EXCLUDABLE DELAY**

WOODLOCK, D.J.

      After An initial pretrial conference held on March 8, 2006, Motions to suppress shall be filed by **MARCH 17, 2006** with responses due by **APRIL 14, 2006.** Hearing on Motion to suppress set for **APIRL 28, 2006 AT 2:00 P.M.** in Courtroom 1.

      A jury trial is set for **AUGUST 7, 2006 AT 9:00 A.M.**, in Courtroom #1 on the 3RD floor before the Honorable Douglas P. Woodlock. The time period from **March 8, 2006 TO August 7, 2006** is deemed excludable in the interests of justice. Trial will continue day to day on a 9 to 1 schedule until deliberations. A pretrial conference will be held on **JULY 25, 2006 at 2:30 P.M.**

      In preparation for trial, it is hereby ORDERED that:

1. Unless otherwise ordered, but by no later than **JULY 18, 2006,** counsel for the government and defense shall:

   A. Exchange proposed written stipulations of fact in a form suitable for presentation to the jury.

   B. File **ELECTRONICALLY** (with 2 courtesy copies):

      (1) All proposed questions each requests the Court to direct to the jury panel during voir dire examination.

      (2) A Trial Brief addressing anticipated disputes concerning evidentiary issues and other matters of law unless a different date has been specified.

      (3) Proposed Jury Instructions with citations to supporting authority.

      (4) Motions in limine.

2. No later than the first day of trial and before impaneling the

      jury, the government shall submit to the Court **in triplicate**, with additional copies for defense counsel, a list of its witnesses, including their residences or institutional address, and the name of the case agent, if any, who is to sit at government counsel table. Defendant(s) shall submit a list of prospective alibi witnesses and any other witnesses the defendant(s) wish brought to the attention of the jury during voir dire, identified by city or town of residence or by the institutional address.

3. All parties shall, prior to the commencement of trial, mark for identification purposes all proposed exhibits and materials intended to be used as offered during trial. On the first day of trial each party shall file copies and shall file, **in triplicate**, a listing of such proposed exhibits. Such exhibits should be pre-marked in a numerical sequence and labeled either "Government Exhibit" or "Defendant Exhibit". (see attached form for exhibit list)

4. The court's electronic evidence presentation system is available for us by the parties during trial. Parties shall contact the deputy clerk to arrange for training on this equipment.

    Counsel are advised of the Court's "5 minute-rule", which requires that during jury deliberations, counsel may leave the courtroom, but must appear in court within 5 minutes of a call from the deputy clerk, in order to respond to any jury question or for the return of a verdict. Defense counsel are encouraged, but not required, to bring pagers/beepers with them during jury deliberations, should they desire to leave the courtroom to use the library or the cafeteria, or go to some other location within a 5 minute radius.

                                                   BY THE COURT

                                                 /s/ Michelle Rynne
March 9, 2006                                Deputy Clerk

USE THIS FORMAT FOR PREPARATION OF EXHIBIT LIST:

| **Exhibit Offered By:** | **Exhibit Number/ Letter** | **Marked [yes/no]** | **Admitted [yes/no]** | **Description of Exhibit** | **Offered through Witness:** | **Date Admitted** |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

SAMPLE EXHIBIT LIST

(Third, Fourth, Sixth and Seventh Columns and bracketed material to be completed at trial)

| **Exhibit Offered By:** | **Exhibit Number/ Letter** | **Marked [yes/no]** | **Admitted [yes/no]** | **Description of Exhibit** | **Offered through Witness:** | **Date Admitted** |
|---|---|---|---|---|---|---|
| Plaintiff | 1 | yes | yes | MGH Hospital Record dated 8/5/98 | John Jones | 10/10/98 |
| Defendant | 2 | yes | yes | Boston Police Report dated 8/5/98 | Officer John Smith | 10/11/98 |
| Plaintiff | 3A | yes | yes | 3x5 photo of Plaintiff showing injuries | Plaintiff | 10/11/98 |
| Plaintiff | 3B | yes | yes | 4x6 photo scene of accident | Plaintiff | 10/11/98 |