

*U.S. Department of Justice*

*United States Attorney*
*District of Massachusetts*

___

*Main Reception: (617) 748-3100*  *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

March 13, 2006

**BY HAND**
Stylianus Sinnis, Esq.
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02210

    Re:  United States v. Reylando Reyes,
        a/k/a Reylando Rise, a/k/a Raynaldo Rise,
        a/k/a Raylando Rise, a/k/a Ray Rise
        Criminal No. 05-10113-DPW

Dear Attorney Sinnis:

    Pursuant to Local Rules 116.3(A), the government hereby responds below to your discovery letter request of March 8, 2006:

    <u>Documents and Objects</u>

    Enclosed please find a copy of the Boston Police Department CAD Log File of CK01D for 2/27/05, that shows, among other things, the Registry of Motor Vehicles ("RMV")query made by Officers Dennis Cogavin and Timothy Laham on their MDT (Mobile Data Computer Terminal) from their patrol car, relative to the Defendant.  (*See* Bates No. 255 -269).

    The Cad Log File is linked to several databases which includes LEAPS and the RMV, which shows 9 responses as displayed on the MDT in the officers' patrol car.

    As you can see, the CAD Log File confirms that a query was made by the officers on 2/27/05, around 14:28:00 (2:28 PM) and ended around 14:30:00 (2:30 PM).  The CAD Log File also confirms the "REV" status of the Defendant's license on 2/27/05, namely,

that the Defendant's license had been revoked by the RMV.

Further, as you may or may not know, CK01D is the unit # that the officers were assigned to on 2/27/05. Also, the CAD Log File indicates that the MDT was operated by #86124, which is Officer Cogavin's badge number.

Finally, the CAD Log File printout was retrieved and provided to me by Thomas Hutchings, the CAD System Manager at Boston Police Headquarters.

I trust that the above related information and enclosed documentation satisfies your inquiry into this matter.

         Very truly yours,

         MICHAEL J. SULLIVAN
         United States Attorney


       By: /s/Antoinette E.M. Leoney
         ANTOINETTE E.M. LEONEY
         Assistant U.S. Attorney


Enclosures
cc: Michelle Rynne, Deputy Courtroom Clerk
  to the Honorable Douglas P. Woodlock
  w/o enclosures