✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES V. REYLANDO REYES AKA REYLANDO RISE | | | | | **EXHIBIT AND WITNESS LIST** Case Number: 05-10113-DPW | |
|---|---|---|---|---|---|---|
| PRESIDING JUDGE WOODLOCK | | | | | PLAINTIFF'S ATTORNEY LEONEY | DEFENDANT'S ATTORNEY SINNIS |
| TRIAL DATE (S) 4/28/06 | | | | | COURT REPORTER OWENS | COURTROOM DEPUTY RYNNE |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| X | | 4/28/06 | | | AGENT PHILIP BALL, ATF | |
| X | | 4/28/06 | | | OFFICER DENNIS COGAVIN, BOSTON POLICE | |
| X | | 4/28/06 | J | X | BINDER - AREA IMPACT PLAYERS | |
| X | | 4/28/06 | H | X | COPY OF CITATIONS | |
| X | | 4/28/06 | E | X | MDT LOG SHEET | |
| X | | 4/28/06 | F | X | INCIDENT HISTORY PRINTOUT 2/2705 | |
| | X | 4/28/06 | 1 | X | MDT LOG SHEET (5 PAGES) | |
| | X | 4/28/06 | 2 | X | FIELD INTERROGATION/OBSERVATION REPORT | |
| X | | 4/28/06 | D | X | BOSTON POLICE INCIDENT REPORT | |
| X | | 4/28/06 | I | X | DRAWING OF SCENE (HARVARD/BERNARD) BY D. COGAVIN | |
| X | | 4/28/06 | K | X | DRAWING OF SCENE BY D. COGAVIN - 2 PAGES (DRAWN IN COURT) | |
| | X | 4/28/06 | 3 | X | FIELD INTERROGATION/OBSERVATION REPORT 10/4/03 | |
| | X | 4/28/06 | 4 | X | BOSTON POLICE INCIDENT REPORT 10/04/03 | |
| X | | 5/9/06 | | | THOMAS HUTCHINGS | |
| X | | 5/9/06 | | | TIMOTHY LATHAM | |
| X | | 5/9/06 | | | LISA RUDNICKI | |
| X | | 5/9/06 | G | X | CORI FOR R. REYES | |
| | X | 5/9/06 | 5 | X | MS. RUDNICKI'S GRAND JURY TRANSCRIPT (SEALED) | |
| | X | 5/9/06 | 6 | X | INVESTIGATION REPORT 1 | |
| | X | 5/11/06 | | | REYLANDO REYES | |
| | X | 5/11/06 | 7 | X | PHOTOGRAPH | |
| | X | 5/11/06 | 8 | X | LETTER FROM FL RMV | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages