UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          CRIMINAL NO. 05-10113-DPW
                                  )
REYLANDO REYES                    )

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE
### USE OF THE TERMS "FELON" OR "FELONY"

Defendant hereby respectfully moves that the Court order that the terms "felon" or "felony" not be used during the course of defendant's trial.

As grounds for this motion, the statute with which defendant is charged, 18 U.S.C. § 922(g)(1), does not use the terms "felon" or "felony," but rather employs the phrase "crime punishable by imprisonment for a term exceeding one year."  The use of the terms "felon" and "felony" may have pejorative connotations to the jury and therefore cause obvious and substantial undue prejudice.

                              REYLANDO REYES
                              By his attorney,

                              /s/ Stylianus Sinnis
                              Stylianus Sinnis
                                 B.B.O. # 560148
                              Federal Defender Office
                              408 Atlantic Ave., 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061

<u>Certificate of Service</u>

I, Stylianus Sinnis, hereby certify that this document filed
through the ECF system will be sent electronically to the
registered participants as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to those indicated as
non-registered participants on July 18, 2006.

/s/ Stylianus Sinnis
Stylianus Sinnis