```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )   CRIMINAL NO. 05-10113-DPW
     v.                         )
                                )
REYLANDO REYES,                 )
a/k/a REYLANDO RISE,            )
a/k/a RAYNALDO RISE,            )
a/k/a RAYLANDO RISE,            )
a/k/a RAY RISE,                 )
                                )
     Defendant.                 )
```

**GOVERNMENT'S TRIAL WITNESS LIST**

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief and/or during rebuttal, and reserves the right to supplement said list on or before the day of trial:

1. Officer Timothy Laham
   Boston Police Department
   Area B-3
   1165 Blue Hill Avenue
   Dorchester, MA 02124

2. Officer Dennis Cogavin
   Boston Police Department
   Youth Violence Strike Force
   and Gang Unit
   364 Warren Street
   Roxbury, MA 02119

3. Officer Martin Lydon
   Boston Police Department
   Ballistics Unit
   One Schroeder Plaza
   Boston, MA 02120

4.  Special Agent Philip C. Ball
    U.S. Bureau of Alcohol, Tobacco,
    Firearms & Explosives
    10 Causeway Street
    Boston, MA 02222

5.  Special Agent Lisa Rudnicki
    U.S. Bureau of Alcohol, Tobacco,
    Firearms & Explosives
    10 Causeway Street
    Boston, MA 02222

6.  Thomas Hutchings
    CAD System Manager
    Boston Police Department
    One Schroeder Plaza
    Boston, MA 02102

7.  Daniella Frasca
    Assistant Analyst - Chemist II
    Commonwealth of Massachusetts
    Department of Public Health
    State Laboratory Institute
    305 South Street
    Boston, MA 02130-3597

8.  Della Saunders
    Assistant Analyst - Chemist III
    Commonwealth of Massachusetts
    Department of Public Health
    State Laboratory Institute
    305 South Street
    Boston, MA 02130-3597

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney
                        By:
                                /s/Antoinette E.M. Leoney
                                ANTOINETTE E.M. LEONEY
                                Assistant U.S. Attorney
Date: August 3, 2006            (617) 748-3103

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                       Boston, Massachusetts
                                                   August 3, 2006

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing, by electronic court filing, upon Stylianus Sinnis, Esq., Federal Defenders Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210

                                            /s/Antoinette E.M. Leoney
                                            ANTOINETTE E.M. LEONEY
                                            Assistant U.S. Attorney