UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>     )<br>     v.           )<br>     )<br>REYLANDO REYES             ) | CRIMINAL NO. 05-10113-DPW |

<u>DEFENDANT'S TRIAL WITNESS LIST</u>

Defendant hereby gives notice that it may call the following persons as witnesses and reserves the right to supplement said list:

1. Officer Timothy Laham
   Boston Police Department
   1165 Blue Hill Avenue
   Dorchester, MA 02124

2. Officer Dennis Cogavin
   Boston Police Department
   364 Warren Street
   Roxbury, MA 02119

3. Special Agent Philip C. Ball
   U.S. Bureau of Alcohol, Tobacco, Firearms & Explosives
   10 Causeway Street
   Boston, MA 02222

4. Special Agent Lisa Rudnicki
   U.S. Bureau of Alcohol, Tobacco, Firearms & Explosives
   10 Causeway Street
   Boston, MA 02222

5. Thomas Hutchings
   CAD System Manager
   Boston Police Department
   One Schroeder Plaza
   Boston, MA 02102

6. Daniel Ross
   150 Harvard Street
   Dorchester, MA

7.   Nathan Ross
     150 Harvard Street
     Dorchester, MA

8.   LaToya Grace
     26 Praire Street
     Mattapan, MA 02126

                              REYLANDO REYES
                              By his attorney,

                              /s/ Stylianus Sinnis
                              Stylianus Sinnis
                                 B.B.O. # 560148
                              Federal Defender Office
                              408 Atlantic Ave., 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061


                     Certificate of Service

   I, Stylianus Sinnis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 7, 2006.

                              /s/Stylianus Sinnis
                              Stylianus Sinnis