UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10113-DPW |
| ) | |
| REYLANDO RISE ) | |

<u>DEFENDANT'S MOTION TO AMEND THE INDICTMENT OR IN THE ALTERNATIVE
TO REDACT THE INDICTMENT</u>

Defendant, hereby moves to amend the indictment to reflect his true name, Reylando Rise and to omit or redact the use of various aliases in the caption of the indictment. The indictment presently refers to the defendant as Reylando Reyes, a/k/a Reylando Rise, a/k/a Raynaldo Rise, a/k/a Raylando Rise, a/k/a Ray Rise.

As grounds for this motion the defendant states the following. Notwithstanding the fact that all the Boston police reports associated with this case reflect the defendant's true name, Reylando Rise, the defendant was indicted under the name Reylando Reyes. Importantly, the U.S. Government knew that the defendant's true name was Reylando Rise prior to the return of an indictment in this case. Specifically, Special Agent Rudnicki testified in the grand jury that the defendant's true name was Reylando Rise and repeatedly referred to the defendant as Reylando Rise. In addition, and as stated above, there are no police reports in this case that refer to the defendant as Reylando Reyes. It is wholly unclear why the Government indicted Mr. Rise under a name they knew he had not used in this case.

Finally, the listing of several alleged aliases for the defendant unduly prejudices him and allows the jury to infer that he might have numerous contacts with the criminal justice system. Clearly, it is improper for the jury to consider such facts and it is probative of nothing.

For the above reasons, the defendant requests that the court amend the indictment to reflect his true name and to omit or redact the aliases listed in the caption.

    REYLANDO RISE
By his attorney,

/s/ Stylianus Sinnis
Stylianus Sinnis
   B.B.O. # 560148
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Certificate of Service

I, Stylianus Sinnis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 7, 2006.

/s/Stylianus Sinnis
Stylianus Sinnis