```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )  CRIMINAL NO. 05-10113-DPW
     v.                        )
                               )
REYLANDO REYES,                )
a/k/a REYLANDO RISE,           )
a/k/a RAYNALDO RISE,           )
a/k/a RAYLANDO RISE,           )
a/k/a RAY RISE,                )
                               )
        Defendant.             )
```

### GOVERNMENT'S AMENDED TRIAL WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief and/or during rebuttal, and reserves the right to supplement said list on or before the day of trial:

1. Officer Timothy Laham
   Boston Police Department
   Area B-3
   1165 Blue Hill Avenue
   Dorchester, MA 02124

2. Officer Dennis Cogavin
   Boston Police Department
   Youth Violence Strike Force
   and Gang Unit
   364 Warren Street
   Roxbury, MA 02119

3. Officer Martin Lydon
   Boston Police Department
   Ballistics Unit
   One Schroeder Plaza
   Boston, MA 02120

4.     Special Agent Philip C. Ball
       U.S. Bureau of Alcohol, Tobacco,
       Firearms & Explosives
       10 Causeway Street
       Boston, MA 02222

5.     Special Agent Lisa Rudnicki
       U.S. Bureau of Alcohol, Tobacco,
       Firearms & Explosives
       10 Causeway Street
       Boston, MA 02222

6.     Thomas Hutchings
       CAD System Manager
       Boston Police Department
       One Schroeder Plaza
       Boston, MA 02102

7.     Daniella Frasca
       Assistant Analyst - Chemist II
       Commonwealth of Massachusetts
       Department of Public Health
       State Laboratory Institute
       305 South Street
       Boston, MA 02130-3597

8.     Della Saunders
       Assistant Analyst - Chemist III
       Commonwealth of Massachusetts
       Department of Public Health
       State Laboratory Institute
       305 South Street
       Boston, MA 02130-3597

9.     Fern Grant
       7 Clematis Street
       Dorchester, MA

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

```
                              By:
                                    /s/Antoinette E.M. Leoney
                                    ANTOINETTE E.M. LEONEY
                                    Assistant U.S. Attorney
Date: August 7, 2006                (617) 748-3103
```

**CERTIFICATE OF SERVICE**

Suffolk, ss.                              Boston, Massachusetts
                                          August 7, 2006

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing, by electronic court filing, upon Stylianus Sinnis, Esq., Federal Defenders Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210

```
                                    /s/Antoinette E.M. Leoney
                                    ANTOINETTE E.M. LEONEY
                                    Assistant U.S. Attorney
```