UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-10113-DPW |
| v. ) | |
| ) | |
| REYLANDO REYES, ) | |
| a/k/a REYLANDO RISE, ) | |
| a/k/a RAYNALDO RISE, ) | |
| a/k/a RAYLANDO RISE, ) | |
| a/k/a RAY RISE, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S TRIAL EXHIBIT LIST**

The government hereby gives notice that it may introduce the following exhibits during its case-in-chief and/or rebuttal, and reserves the right to supplement said list on or before the day of trial:

| Exhibit Offered By: | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Description of Exhibit | Offered through Witness: | Date Admitted |
|---|---|---|---|---|---|---|
| Govt | 1 | | | One (1) Round of .9mm caliber ammunition, bearing the head stamp of "WIN 9mm Luger" | | |
| Govt | 2 | | | Mass. Uniform Citation - M0168092 | | |

| Govt | 3 | | | Mass. Uniform Citation - M0168093 | | |
|---|---|---|---|---|---|---|
| Govt | 4 | | | Mass. Supplemental Motor Vehicle Abstract - Citation # M0168092 | | |
| Govt | 5 | | | Mass. Supplemental Motor Vehicle Abstract - Citation # M0168093 | | |
| Govt | 6 | | | Boston Police Dept Incident Report - 2/27/05 | | |
| Govt | 7 | | | Boston Police Dept MDT Log Sheet (3 pages) - 2/27/05 | | |
| Govt | 8 | | | Boston Police Dept Field Interroga-tion/Obser-vation Report (FIO Report) - 2/27/05 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Govt | 9 | | | Boston Police Dept Ballistics Worksheet for One (1) Round of .9mm caliber ammunition, bearing the head stamp of "WIN 9mm Luger" | | |
| Govt | 10 | | | Boston Police Dept Ballistics Report for One (1) Round of .9mm caliber ammunition, bearing the head stamp of "WIN 9mm Luger" | | |
| Govt | 11 | | | Auto Service & Tire - Boston Police Motor Vehicle Receipt Form Area B-3 - 2/27/05 | | |

| Govt | 12 | | | Defendant's Massachusetts Criminal History Systems Board Record | | |
|---|---|---|---|---|---|---|
| Govt | 13 | | | Defendant's Certified Boston Municipal Court Records - Docket # 901342 | | |
| Govt | 14 | | | Defendant's Certified Boston Municipal Court Records - Docket # 901343 | | |
| Govt | 15 | | | Defendant's Certified Boston Municipal Court Records - Docket # 901344 | | |
| Govt | 16 | | | Defendant's Certified Boston Municipal Court Records - Docket # 901345 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Govt | 17 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 96-10152-001; 002 | | |
| Govt | 18 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 95-11673-001; 002 | | |
| Govt | 19 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 093080 | | |
| Govt | 20 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 093081 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Govt | 21 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 093082 | | |
| Govt | 22 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 090649 | | |
| Govt | 23 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 090650 | | |
| Govt | 24 | | | Boston Police Dept MDT Log Sheet (15 pages) | | |
| Govt | 25 | | | Boston Police Dept Mugshot Form of Defendant | | |

| Govt | 26 | | | Boston Police Dept 3-Ring Binder - Area Impact Players | | |
|---|---|---|---|---|---|---|
| Govt | 27 | | | Mass. Registry of Motor Vehicles Regarding Defendant - License # 012467773 | | |
| Govt | 28 | | | Notebook and Motorola Cell Phone | | |
| Govt | 29 | | | Marijuana | | |
| Govt | 30 | | | Cocaine | | |
| Govt | 31 | | | Complaint for Protection From Abuse and Civil Restraining Order Regarding Defendant - 1/5/04 | | |
| | | | | | | |

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                       By:
                              /s/Antoinette E.M. Leoney
                              ANTOINETTE E.M. LEONEY
Date: August 7, 2006          Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

Suffolk, ss.                           Boston, Massachusetts
                                       August 7, 2006

I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by electronic court filing notice and facsimile on defense counsel, Stylianus Sinnis, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Fl., Boston, MA 02210.

```
                              /s/Antoinette E.M. Leoney
                              ANTOINETTE E.M. LEONEY
```