UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 05-10113-DPW |
| | ) | |
| REYLANDO REYES | ) | |

### DEFENDANT'S TRIAL EXHIBIT LIST

Defendant hereby gives notice that it may introduce the following exhibits during the course of the trial and reserves the right to supplement said list:

**UNITED STATES V. REYLANDO REYES**

**CRIMINAL NO. 05-10113-DPW**

| Exhibit Offered By: | Exhibit #/Letter | Marked [yes/no] | Admitted [yes/no] | Description of Exhibit | Offered by Witness: | Date Admitted |
|---|---|---|---|---|---|---|
| Defendant | 1 | | | Photo of 150 Harvard Street | | |
| Defendant | 2 | | | Photo of 150 Harvard St. And corner of Harvard St. and Bernard St. | | |
| Defendant | 3 | | | Photo of Kitchen at 150 Harvard St. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Defendant | 4 | | | Photo of Dining and Living Rooms at 150 Harvard St. | | |
| Defendant | 5 | | | Photo of Dining Room at 150 Harvard St. | | |
| Defendant | 6 | | | Photo of Living Room at 150 Harvard St. | | |
| | | | | | | |

```
                              REYLANDO RISE
                              By his attorney,

                              /s/ Stylianus Sinnis
                              Stylianus Sinnis
                                 B.B.O. # 560148
                              Federal Defender Office
                              408 Atlantic Ave., 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

<u>Certificate of Service</u>

    I, Stylianus Sinnis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 7, 2006.

```
                              /s/Stylianus Sinnis
                              Stylianus Sinnis
```