```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )  CRIMINAL NO. 05-10113-DPW
     v.                        )
                               )
REYLANDO REYES,                )
a/k/a REYLANDO RISE,           )
a/k/a RAYNALDO RISE,           )
a/k/a RAYLANDO RISE,           )
a/k/a RAY RISE,                )
                               )
          Defendant.           )
```

**GOVERNMENT'S AMENDED TRIAL EXHIBIT LIST**

The government hereby gives notice that it may introduce the following exhibits during its case-in-chief and/or rebuttal, and reserves the right to supplement said list on or before the day of trial:

| Exhibit Offered By: | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Description of Exhibit | Offered through Witness: | Date Admitted |
|---|---|---|---|---|---|---|
| Govt | 1 | | | One (1) Round of .9mm caliber ammunition, bearing the head stamp of "WIN 9mm Luger" | | |

| Govt | 1A |  |  | Boston Police Dept Ammunition Evidence Box |  |  |
|------|----|--|--|---------------------------------------------|--|--|
| Govt | 1B |  |  | Boston Police Dept Ammunition Evidence/ Custody Log |  |  |
| Govt | 1C |  |  | Boston Police Dept Ammunition Custody Receipt |  |  |
| Govt | 1D |  |  | ATF Evidence/ Custody Log |  |  |
| Govt | 2  |  |  | Mass. Uniform Citation - M0168092 |  |  |
| Govt | 3  |  |  | Mass. Uniform Citation - M0168093 |  |  |
| Govt | 4  |  |  | Mass. Supplemental Motor Vehicle Abstract - Citation # M0168092 |  |  |

| Govt | 5 | | | Mass. Supplemental Motor Vehicle Abstract - Citation # M0168093 | | |
|---|---|---|---|---|---|---|
| Govt | 6 | | | Boston Police Dept Incident Report - 2/27/05 | | |
| Govt | 7 | | | Boston Police Dept MDT Log Sheet (3 pages) - 2/27/05 | | |
| Govt | 8 | | | Boston Police Dept Field Interroga-tion/Obser-vation Report (FIO Report) - 2/27/05 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Govt | 9 | | | Boston Police Dept Ballistics Worksheet for One (1) Round of .9mm caliber ammunition, bearing the head stamp of "WIN 9mm Luger" | | |
| Govt | 10 | | | Boston Police Dept Ballistics Report for One (1) Round of .9mm caliber ammunition, bearing the head stamp of "WIN 9mm Luger" | | |
| Govt | 11 | | | Auto Service & Tire - Boston Police Motor Vehicle Receipt Form Area B-3 - 2/27/05 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Govt | 12 | | | Defendant's Massachusetts Criminal History Systems Board Record | | |
| Govt | 13 | | | Defendant's Certified Boston Municipal Court Records - Docket # 901342 | | |
| Govt | 14 | | | Defendant's Certified Boston Municipal Court Records - Docket # 901343 | | |
| Govt | 15 | | | Defendant's Certified Boston Municipal Court Records - Docket # 901344 | | |
| Govt | 16 | | | Defendant's Certified Boston Municipal Court Records - Docket # 901345 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Govt | 17 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 96-10152-001; 002 | | |
| Govt | 18 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 95-11673-001; 002 | | |
| Govt | 19 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 093080 | | |
| Govt | 20 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 093081 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Govt | 21 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 093082 | | |
| Govt | 22 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 090649 | | |
| Govt | 23 | | | Defendant's Certified Suffolk Superior Court Records - Docket # SUCR 090650 | | |
| Govt | 24 | | | Boston Police Dept MDT Log Sheet (15 pages) | | |
| Govt | 25 | | | Boston Police Dept Mugshot Form of Defendant | | |

| Govt | 26 |  |  | Boston Police Dept 3-Ring Binder - Area Impact Players |  |  |
|---|---|---|---|---|---|---|
| Govt | 27 |  |  | Mass. Registry of Motor Vehicles Regarding Defendant - License # 012467773 |  |  |
| Govt | 28 |  |  | Notebook and Motorola Cell Phone |  |  |
| Govt | 29 |  |  | Marijuana |  |  |
| Govt | 30 |  |  | Cocaine |  |  |
| Govt | 31 |  |  | Complaint for Protection From Abuse and Civil Restraining Order Regarding Defendant - 1/5/04 |  |  |
|  |  |  |  |  |  |  |

```
                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                          By:
                                   /s/Antoinette E.M. Leoney
                                   ANTOINETTE E.M. LEONEY
Date: August 9, 2006               Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

Suffolk, ss.                              Boston, Massachusetts
                                          August 9, 2006

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by electronic court filing notice and facsimile on defense counsel, Stylianus Sinnis, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Fl., Boston, MA 02210.

```
                                   /s/Antoinette E.M. Leoney
                                   ANTOINETTE E.M. LEONEY
```