```
                UNITED STATES DISTRICT COURT

                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
      v.                      )   CRIMINAL NO. 05-10113-DPW
                              )
REYLANDO REYES                )
```

<u>DEFENDANT'S FIRST AMENDED TRIAL WITNESS LIST</u>

Defendant hereby gives notice that it may call the following persons as witnesses and reserves the right to supplement said list:

1. Officer Timothy Laham
   Boston Police Department
   1165 Blue Hill Avenue
   Dorchester, MA 02124

2. Officer Dennis Cogavin
   Boston Police Department
   364 Warren Street
   Roxbury, MA 02119

3. Special Agent Philip C. Ball
   U.S. Bureau of Alcohol, Tobacco, Firearms & Explosives
   10 Causeway Street
   Boston, MA 02222

4. Special Agent Lisa Rudnicki
   U.S. Bureau of Alcohol, Tobacco, Firearms & Explosives
   10 Causeway Street
   Boston, MA 02222

5. Thomas Hutchings
   CAD System Manager
   Boston Police Department
   One Schroeder Plaza
   Boston, MA 02102

6. Daniel Ross
   150 Harvard Street
   Dorchester, MA

7.  Nathan Ross
    150 Harvard Street
    Dorchester, MA

8.  LaToya Grace
    26 Praire Street
    Mattapan, MA 02126

9.  John P. Barros
    Business Address:
    GiGi Liquors
    144 Harvard Street
    Dorchester, MA

                                        REYLANDO REYES
                                        By his attorney,

                                        /s/ Stylianus Sinnis
                                        Stylianus Sinnis
                                           B.B.O. # 560148
                                        Federal Defender Office
                                        408 Atlantic Ave., 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

                        Certificate of Service

    I, Stylianus Sinnis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 7, 2006.

                                        /s/Stylianus Sinnis
                                        Stylianus Sinnis