UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
    Plaintiff,                   ) CRIMINAL NO. 05-10113-DPW
                                 )
    v.                           )
                                 )
REYLANDO RISE,                   )
    Defendant.                   )

<u>VERDICT</u>

<u>AS TO COUNT ONE</u>

    We, the jury, find the Defendant Reylando Rise __not guilty__

____8/11/06____       ____[signature]____
DATE      FOREPERSON

Timothy J Hall