UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                    CRIMINAL NO.  05-10113-DPW

REYLANDO REYES.

## JUDGMENT OF ACQUITTAL

WOODLOCK, District Judge

In accordance with the jury verdict of NOT GUILTY, returned on August 11, 2006, with respect to Count 1 of the Indictment, the following Judgment is hereby ORDERED:

> THE DEFENDANT REYLANDO REYES IS ACQUITTED AS TO COUNT 1 OF THE INDICTMENT IN CRIMINAL NO. 05-10113-DPW.

BY THE COURT,

/s/ Douglas P. Woodlock
Hon. Douglas P. Woodlock
U.S. District Judge

DATED: August 31, 2006