✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF

| UNITES STATES<br>V.<br>REYLANDO RISE | EXHIBIT AND WITNESS LIST<br><br>Case Number:  05-10113-DPW |
|---|---|

| PRESIDING JUDGE<br>WOODLOCK | PLAINTIFF'S ATTORNEY<br>LEONEY | DEFENDANT'S ATTORNEY<br>SINNIS, FRIED |
|---|---|---|
| TRIAL DATE (S)<br>8/10/06 | COURT REPORTER<br>OWENS | COURTROOM DEPUTY<br>RYNNE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 8/10/06 | 1 | X | ONE ROUND OF .9MM CALIBER AMMUNITION |
| | X | 8/10/06 | D-1 | X | PHOTO OF 150 HARVARD STREET |
| | X | 8/10/06 | D-2 | X | PHOTO OF CORNER OF HARVARD AND BERNARD STREETS |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

🖎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____     _____ WITNESS

UNITES STATES
V.
REYLANDO RISE

**EXHIBIT AND WITNESS LIST**

Case Number:  05-10113-DPW

| PRESIDING JUDGE  WOODLOCK | PLAINTIFF'S ATTORNEY  LEONEY | DEFENDANT'S ATTORNEY  SINNIS, FRIED |
|---|---|---|
| TRIAL DATE (S)  8/10/06 | COURT REPORTER  OWENS | COURTROOM DEPUTY  RYNNE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X |  | 8/10/06 |  |  | Officer Dennis Cogavin |
| X |  | 8/10/06 |  |  | Officer Timothy Laham |
| X |  | 8/10/06 |  |  | Officer Martin Lydon |
| X |  | 8/10/06 |  |  | Agent Philip Ball |
|  | X | 8/10/06 |  |  | Daniel Ross |
|  | X | 8/10/06 |  |  | John Barros |
|  | X | 8/10/06 |  |  | Reylando Reyes |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.